UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Marco Marino-Zamora,

              Petitioner

v.

Markwayne Mullin, et al.,

              Respondents

Case No. 2:26-cv-01068-CDS-NJK

**Order Granting Petitioner's Unopposed Motion to Extend Time**

[ECF No. 7]

Petitioner Marco Marino-Zamora's counsel moves to extend the deadline to file an amended petition for writ of habeas corpus by seven days. Mot., ECF No. 7. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay. In addition, the petitioner's counsel represents that the respondents' counsel does not oppose the extension.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 7] is GRANTED**. The amended petition is due by May 22, 2026.

Dated: May 18, 2026

Cristina D. Silva
United States District Judge